# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Carolyn Tracz,<br>On behalf of herself and those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Happy Cooker Restaurant, LLC, *et al*.,<br><br>        Defendants. | CASE NO. 3:23-cv-00885-JRK<br><br>Judge James R. Knepp, II<br><br>Magistrate Judge Darrell A. Clay<br><br>**FINAL ORDER AND JUDGMENT ENTRY APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

\* \* \*

THIS CAUSE having come before the Court on the Joint Motion for Order and Judgment Entry Approving Settlement and Dismissing Action with Prejudice ("Joint Motion"), including the Confidential Settlement Agreement and Release ("Settlement"), and the Declaration of James L. Simon, and due cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

The Joint Motion is GRANTED. The Court finds that the Parties' Settlement in this FLSA action is fair, reasonable, and just.

The Parties' Settlement is APPROVED.

Plaintiff's counsel's request for attorneys' fees, costs, and expenses in the amounts set forth in the Parties' Settlement is APPROVED.

This Action is DISMISSED WITH PREJUDICE as a final judgment.

This Court will RETAIN JURISDICTION to enforce the Settlement.

IT IS SO ORDERED.

                                                          *s/ James R. Knepp II*
                                                          JAMES R. KNEPP, II
                                                          U.S. DISTRICT JUDGE

                                                          Dated: 1/26/2024